[No. 1463, May 20, 1912.]

TERRITORY OF NEW MEXICO, Appellee, v. ENOS · R. HART, Appellant.

Appeal from District Court, Curry County.

Enos R. Hart was charged with having violated sec. 1368 C. L. 1897, commonly known as the "Sunday Law." A jury was waived and the cause submitted to the court for determination upon the same statement of facts set forth in the case of Territory v. Thos. M. Davenport, case No. 1464, decided at the present term of this court.

The court found the defendant guilty, from which judg-ment this appeal is prosecuted.

PER CURIAM:—This being a companion case to No. 1464, Territory v. Thos. M. Davenport, for the reasons given in that case ˋthe judgment of the lower court is re-versed and the cause remanded, with instructions to the lower court to discharge the ˏdefendant.